■ MARGARET FEEHAN, Appellant, v ANDREW FEEHAN, Respondent.—Appeal by the plaintiff from an order of the Supreme Court, Nassau County (McCaffrey, J.), dated May 22, 1989, which denied her application for reargument of a prior application, *inter alia,* for an increase in child support fixed by a separation agreement which was not merged into a judgment of divorce, dated December 21, 1982.

Ordered that the appeal is dismissed, with costs.

It is well settled that no appeal lies from an order denying reargument *(see, City of White Plains v Deruvo,* 159 AD2d 534; *Huttner v McDaid,* 151 AD2d 547). In any event, the record supports the Supreme Court's exercise of discretion in denying the plaintiff's application *(see, Matter of Brescia v Fitts,* 56 NY2d 132; *see also, Matter of Boden v Boden,* 42 NY2d 210; *Matter of Ladner v Iarussi,* 92 AD2d 895). Kooper, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.